## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHARLESTON, SC

2010 MAR 16  A 8: 14

|  |  |  |
|---|---|---|
| Mark Allen, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 0:08-1338-SB |
| | ) | |
| Ms. Gaskins, ECI Nurse; | ) | **ORDER** |
| and Corporal Rogers, SCDC Official, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court upon the <u>pro se</u> Plaintiff's complaint, which was filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On February 18, 2010, United States Magistrate Judge Paige J. Gossett issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court grant the Defendants' motion for summary judgment (Entry 42). Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 14 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a <u>de novo</u> or any other standard, a Magistrate Judge's factual or legal conclusions. <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985); <u>Wells v. Shriner's Hosp.</u>, 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a <u>de novo</u> review. Accordingly, after review, the Court hereby adopts the Magistrate Judge's R&R as

the Order of this Court, and it is

**ORDERED** that the Defendants' motion for summary judgment (Entry 42) is granted.

**IT IS SO ORDERED**.

The Honorable Sol Blatt, Jr.
Senior United States District Judge

March 15, 2010
Charleston, South Carolina